# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>SEALED<br><br>DARNELL ANTHONY JACKSON<br><br>DOB:           PDID: | DOCKET NO:<br>06-227-12 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Bernie Hargrove | **FILED**<br>AUG 0 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:   **INDICTMENT** | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**JUDGE URBINA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. DISTRICT COURT JUDGE URBINA | DATE ISSUED:<br>7/27/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE:<br>7/27/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  8-2-06 | NAME AND TITLE OF ARRESTING OFFICER  REPORTING | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  8-2-06 | Sean McLeod  SDUSM | Sean McLeod |
| HIDTA CASE:   Yes   No  X | | OCDETF CASE:   Yes   No  X |