UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Crim. No.: 06-227 (RBW) |
| BERNIE HARGROVE, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| *    *    * | *    *    *    * | |

PRAECIPE

Please enter the appearance of Rudolph Acree, Jr., Esq., of 1211 Connecticut Avenue, NW Suite #506, Washington, D.C. 20036 as counsel for the defendant Mr. Bernie Hargrove in the above captioned matter. Undersigned counsel has been appointed by the Court to represent Mr. Hargrove in the above referenced matter.

Rudolph Acree, Jr. is a member of this Court's Bar and is in good standing.

Respectfully Submitted,

_____/S/_____
Rudolph Acree, Jr.
1211 Connecticut Ave. N.W.
Suite #506
Washington, D.C. 20036
Telephone 202 331-1961
Counsel for the Defendant

CERTIFICATE OF MAILING

I HEREBY CERTIFY, that on this 6th day of July, 2006 the above line of appearance was filed electronically and a copy will be forwarded to the Assistant United States Attorneys assigned to this matter and to the appropriate defense counsel.

_____/s/_____
Rudolph Acree, Jr., Esq.