

**Dudley Pro Realty. L.L.C.**

---

2101 RHODE ISLAND AVENUE N.E
P.O. BOX 10177
WASHINGTON, DC 20018-0177
TELEPHONE (202) 526-6892
FAX (202) 526-6819

August 18, 2006

To Whom It May Concern:

This letter is written as confirmation that Bemie Hargrove has been employed by Dudley Pro Realty since February 21, 2005 as a Porter at the Oak Hill Apartments location. However, Mr. Hargrove has been out on workers compensation as of September 2005 as a result of injury.

In addition, Mr. Hargrove has resided at the Oak Hill Apartments location (3323 10th Place SE #T3, Washington, DC 20032) since May 2, 2005.

If additional information is required regarding the aforementioned, please contact the undersigned.

Sincerely,

T. Jerry Cole
Property Manager

cc: file

August 18, 2006

To: Whom it may concern

Re: Bernie Hargrove

Please accept this written correspondence on behalf of the Individual listed above. (Bernie Hargrove) I've known Mr. Hargrove just about all of his young adult life. Since early as I can remember, Bernie has had a burning desire to be a musician. Surprisingly, he has turn out to be a very good one. Mr. Hargrove is a good father to his young son and a fine husband to his new bride.

It is my hope that Bernie be allowed to re-join his young family and still pursue his life's dream very soon. Bernie has always been well liked in his neighborhood. He has always respected his mother and father, as well as his other brothers and sisters. Respect for his elders, respect for others, this is what Mr. Hargrove has always shown. He was raised by very loving, hard working parents. Bernie is a good kid. Tough times are inescapable. Tough times can either destroy or develop us. We don't need another good soul destroyed.

It is my hope that this letter may help make a decision to allow Mr. Hargrove to return to his family and friends as soon as possible.

Bobby R. Small
Logistics and Distributions, supervisor
U.S. House of Representatives
202-226-1076-work
202-225-1219-cell

Bobby.Small@mail.house.gov

Case 1:06-cr-00227-RBW    Document 25-2    Filed 08/30/2006    Page 3 of 3