UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Crim. No.: 06-227 (RBW) |
| BERNIE HARGROVE, | * |
| | * |
| Defendant, | * |
| | * |

\*   \*   \*   \*   \*   \*   \*

**MOTION FOR DISCOVERY OF
CO-DEFENDANT AND CO-CONSPIRATOR STATEMENTS**

Comes now, Defendant Bernie Hargrove, through undersigned counsel respectfully moves the Court for an Order directing the government to disclose and permit inspection and copying of any statements made by co-defendants or alleged co-conspirators that the government intends to offer against him pursuant to Fed. R. Crim. P. 801(d)(2)(E), including, but not limited to, the following:

1. Relevant written or recorded statements made by any co-defendant or claimed co-conspirator, indicted or unindicted, that are in the government's possession, custody or control, or that through due diligence may become known to the government; and

2. The substance of any oral statement that the government intends to offer in evidence at trial of this matter made by any co-defendant or claimed co-conspirator, indicted or unindicted, before or after arrest, in response to interrogation by any person known to the declarant to be a government agent.

2

Generally a defendant is entitled to co-conspirator or co-defendant statements admissible against the defendant under Fed. R. Evid. 801 (d)(2)(E) if the government does not intend to call the coconspirator as a witness. See United States v. Disston, 612 F.2d 1035 (7th Cir. 1980); United States v. Percevault, 490 F.2d 126 (3rd Cir. 1974); United States v. McMillen, 489 Rd 229 (7th Cir. 1972).

**WHEREFORE**, counsel respectfully requests that this motion be granted.

        Respectfully Submitted

        _____/s/_____
        Rudolph Acree, Jr.
        1211 Connecticut Ave.
        Suite 506
        Washington, DC 20036
        (202) 331-1961
        Fax (202) 331-7004

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 8th day of June 2007, I caused a true and correct copy of the foregoing Defendant Hargrove Motion to DISCOVERY OF CO-DEFENDANT AND CO-CONSPIRATOR STATEMENTS to be delivered to the parties in this matter via Electronic Case Filing (ECF).

                                                          _____/s/_____
                                                              Rudolph Acree, Jr.