# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 06-227 (RBW)** |
| | **:** | |
| | **:** | **Judge Reggie B. Walton** |
| **v.** | **:** | |
| | **:** | |
| **TROY ANTOINE HOPKINS,** | **:** | |
| **LAWRENCE BRYANT,** | **:** | |
| **JOHN DOWNS, III,** | **:** | |
| **BERNIE HARGROVE,** | **:** | |
| **Defendants.** | **:** | |

# GOVERNMENT'S PROPOSED JUROR VOIR DIRE QUESTIONNAIRE

Juror voir dire questionnaire as given by the Court in the above-captioned case.

Date: _____          _____

Reggie B. Walton
United States District Judge

**TO THE PROSPECTIVE JUROR:**

You have been selected as a prospective juror in the case of <u>United States of America v.</u> <u>**TROY ANTOINE HOPKINS, LAWRENCE BRYANT, BERNIE HARGROVE, and JOHN**</u> <u>**DOWNS, III**</u>.  The trial of this case is set to begin when jury selection is completed, and is expected to last approximately 6-8 weeks, but could run longer.  In consideration of the time involved in this case, the Court will generally hold trial four days out of the week.  Those selected as members of the jury will live at home and have their evenings, weekends, and generally one day a week free to themselves.  Your contact with other people will not be restricted, although you will, of course, not be permitted to talk about the case with anyone, or read, listen to, or watch any press coverage the case might receive.

This questionnaire is being distributed to you to assist the Court in selecting a jury to hear this case and for determining your availability to serve as a juror.  The information which you give in your answers to this questionnaire will be used only by the Court and the parties to select a qualified jury.  The purpose of this questionnaire is to save time and avoid jurors having to sit and wait before they answer these or similar questions in person.  After a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and kept in confidence, under seal, not accessible to the public or the media.  The attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing this questionnaire.

Each of the defendants, **TROY ANTOINE HOPKINS, LAWRENCE BRYANT, BERNIE HARGROVE, and JOHN DOWNS, III**, has been charged by the United States with violating certain federal laws between 2005 and 2006. The government alleges that the defendants belong to an organization in which they agreed to work together to possess and distribute drugs, mainly PCP. Each defendant asserts that he is innocent of the charges. A more detailed description of the charges will be given at the beginning of the trial.

The purpose of this questionnaire is to encourage your full expression and candor so that all parties have a meaningful opportunity to select a fair and impartial jury to try the issues of this case. Your full written answers will save all the parties, the Court, and yourself, a great deal of time. Please do not discuss with anyone any question or answer you give on this questionnaire. You are expected to sign the questionnaire, using only your juror number, your answers will have the effect of a statement under oath. Your answers to these questions will only be used in court.

Please answer each question below as completely and accurately as you reasonably can. Do keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank. If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question. If you cannot answer a question because you do not know the answer, write "Do not know" in the space after the question. If you need extra space to answer any question, please use the extra blank sheets of paper included at the end of the questionnaire. Be sure to indicate on the blank page the number of the question you are answering. Please write or print legibly using a black or blue pen.

ii

If your answers are illegible, you may be required to re-copy your answers.   Do not write anything on the back of any page.

When the jury selection process begins in court, you may be asked some follow-up questions based on one or more of your answers to the questionnaire.  Please understand that if there is any personal or confidential information that you wish to discuss privately with the Court and counsel, you will have an opportunity to do so in the oral questioning once the selection process begins.

In addition, now that you are a prospective juror, you MUST follow the instructions listed below until you have been excused from further service in this case.

**DO NOT** read anything whatsoever about this case. Please avoid any newspaper accounts that may relate to this case including articles relating to crime in the District of Columbia.

**DO NOT** read or listen to any news accounts whether in a newspaper, on the television, or on the radio concerning this case or about any of the defendants, **TROY ANTOINE HOPKINS, LAWRENCE BRYANT, BERNIE HARGROVE, and JOHN DOWNS, III**.

**DO NOT** at any time discuss this case with anyone, including your friends, family members, or other members of this jury panel.

**DO NOT** let anyone, including friends, family members, court personnel, parties in this case, or

iii

persons involved in the case, talk to your about your
views or any aspect of this case except officially in the
courtroom.

Thank you for your cooperation with these instructions and for your careful and honest

responses to the questionnaire. Your forthright and full cooperation is of vital importance to the

Court and the parties.

_____
REGGIE B. WALTON
United States District Judge

iv

## I. PRELIMINARY MATTERS

1.     The trial in this case may last 6-8 weeks, and could run longer.  The jury will generally
       sit Monday through Thursday from 9:30 a.m. to 5:00 p.m.  If selected as a juror is there
       any  reason why you would be unable to serve?  If yes, please explain:

       _____

       _____

       _____


2.     Do you have or does any member of your household have any medical condition that would
       make it difficult for you to serve as a juror?

       _____ Yes       _____ No

       If yes, please explain:_____

       _____

       _____


3.     Are you currently taking any medication on a regular basis which would interfere with your
       ability to serve as a juror in this case?  If yes, please explain and state the name of the
       medication.

       _____

       _____


4.     Prior to today, have you asked to be excused from this jury panel?   If yes, on what basis?

       _____

       _____


5.     What is the condition of your hearing?

       ____     No problems at all

_____     Have difficulty hearing

_____     Have problems, but they are corrected with a hearing aid.

6.     What is the condition of your eyesight?

_____     No problems at all

_____     Have difficulty seeing

_____     Have problems, but they are corrected by glasses or contact lenses.

7.     Do you read, speak and understand English?

_____     Yes

_____     With difficulty

_____     No

8.     Do you have any personal, professional, or financial obligations that would prevent you from giving your full attention or prevent you from being present in Court for the duration of the trial?  If yes, please explain.

_____

_____

_____

9.     Will your employer continue to pay your salary if you are selected to serve on this jury ?

_____ yes     _____no     _____ not sure

10.     Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?  If yes, please explain.

_____

_____

ii

11.    Is there anything about you that you think the Court should know which you think might influence your ability to sit as a juror in this case?  If yes, please explain.

_____

_____

_____


12.    Is there any particular reason why you **would <u>not</u>** want to sit as a juror in this case? If yes, please explain.

_____

_____

_____


13.    Is there any particular reason why you **would** want to sit as a juror in this case?  If yes, please explain.

_____

_____

_____

## II.    BACKGROUND

14.    What is your age?_____

15.    Place of Birth: _____
                    (City)            (State)            (Country)

16.    What is your gender and race or ethnic background?

        _____ Asian                    _____ Male

        _____ Black/African-American    _____ Female

        _____ Hispanic/Latino

        _____ Native American

        _____ White/Caucasian

        _____ Other    _____

              (please specify)

17.    What is your current marital status? (Check all that apply.)

        ____ Single                    _____ Divorced

        ____ Married ___ years         _____ Divorced and remarried

        ____ Living with someone       _____ Widowed

        ____ Separated

18.    Do you have children?

_____ Yes   How many? _____
_____ No

What are their ages? _____

19.    Do you have any grandchildren?

_____ Yes    How many? _____
_____ No

What are their ages? _____

### III. RESIDENCE

20.    How long have you lived at your current address? _____

21.    What ward or quadrant of the city do you live in? _____

22.    What is your neighborhood called?    (e.g. Shaw, Adams Morgan, Georgetown)
_____

23.    How long have you lived in Washington?_____

24.     In what other cities, towns, or areas have you maintained your residence and when did you live there?  (Please note if these places are in another state or country.)

_____

_____

_____

## IV. EDUCATION

25.     Please check the level of education for you and your spouse or significant other.

|  |  | You | Spouse/Significant Other |
|---|---|---|---|
| (a) | Grade school or less | _____ | _____ |
| (b) | Some high school | _____ | _____ |
| (c) | High school graduate | _____ | _____ |
| (d) | Technical or business school | _____ | _____ |
| (e) | Some college | _____ | _____ |
| (f) | College degree | _____ | _____ |
| (g) | Graduate degree | _____ | _____ |

26.     If you attended college or graduate school anywhere, what college(s) or school(s) did you attend, what did you study, and what degree or certificate did you receive?

College or School                    Area of Study            Degree or Certificate

_____        _____        _____

_____        _____        _____

_____        _____        _____

27.     Are you attending school now?

        _____ Yes        _____ No

28.     Have you, any members of your family, or any close friends ever attended law school, taken paralegal course work, participated in a clinical program involving criminal law issues, or received any other type of legal training?  If yes, please describe.

        _____

        _____

        _____

## V. EMPLOYMENT

29.     What is your occupational status?  (Check all that apply.)

        _____ Work full-time outside the home          _____ Student

        _____ Work part-time outside the home          _____ Retired

        _____ Full-time homemaker                      _____ Disabled

        _____ Homemaker with part-time employment      _____ Other: _____

        _____ Unemployed                               _____

30.     Without giving your place of employment, please state your current occupation.

        _____

31.     Check  the following category that best describes your employer :

\_\_\_\_\_ Federal government agency          \_\_\_\_\_ Private, for-profit organization

\_\_\_\_\_ State government agency            \_\_\_\_\_ Private, not-for-profit organization

\_\_\_\_\_ County government agency           \_\_\_\_\_ Self employed

\_\_\_\_\_ City government agency             \_\_\_\_\_ Other: _____

32.     Describe what you do:  _____

_____

33.     How long have you worked there?  _____

34.     How are you paid? (circle appropriate choice): Salary   Hourly   Commission.

35.     List your previous three jobs, beginning with the most recent.

Type of Employment          Position      Dates          Reason for Leaving

a._____

b._____

c._____

36.     What is your spouse/partner's occupational status?  (Check all that apply.)

\_\_\_\_\_ Work full-time outside the home          \_\_\_\_\_ Student

\_\_\_\_\_ Work part-time outside the home          \_\_\_\_\_ Retired

\_\_\_\_\_ Full-time homemaker                      \_\_\_\_\_ Disabled

_____ Homemaker with part-time employment     _____ Other: _____

_____ Unemployed

_____

37.   Check  the following category that best describes your spouse/partner's employer :

_____ Federal government agency          _____ Private, for profit organization

_____ State government agency            _____ Private, not-for-profit organization

_____ County government agency           _____ Self employed

_____ City government agency             _____ Other: _____

38.   Without giving the place of employment, what is your spouse/partner's current occupation/job title?

_____

39.   Please describe the nature of his/her job: _____

_____

40.   Have you, any members of your family, or any close friends ever been employed by a lawyer or a law firm, worked in a courthouse, been a paralegal, served as a legal secretary, or performed legal investigative work?  If yes, please describe.

_____
_____

41.   Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any local, state, or federal law enforcement or private security agency, including, but not limited to, the Metropolitan Police Department, the Federal Bureau of Investigation, the Drug Enforcement Administration, the Central Intelligence Agency, the Internal Revenue Service, Capitol Police, Park Police, Federal Protective Service, investigative divisions of any federal agency, any prosecutors' offices, or the Department of Justice?   If yes, please describe.

_____

_____

_____

42.    Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any organization or firm involved in criminal defense work?  If yes, please describe:

_____

_____

_____

43.    Do you have any relatives or close friends who are employed as probation officers, correctional officers, or in other positions connected with any penal institution, jail or penitentiary? If yes, please explain: _____

_____

## VI.  ACTIVITIES

44.    Do you or a close friend or family member belong to any group or organization that is active in political, law enforcement, crime prevention or rehabilitative matters?  (e.g. Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, Orange Hats, Neighborhood Advisory Committee, crime victim or related groups, etc.)

_____ Yes        _____ No

If yes, please explain.

_____

_____

x

Have you ever donated money to any organization for crime prevention or to a crime victims' fund?

\_\_\_\_\_ Yes     \_\_\_\_\_ No

If yes, please explain._____

## VII. MILITARY

45.     Have you ever been in the United States military (including the military reserves, National Guard or ROTC)?

\_\_\_\_\_ Yes     \_\_\_\_\_ No

If yes, please answer the following:

a.     Branch and highest rank _____

b.     Dates of service _____

c.     Duties _____

d.     Place of service _____

e.     Type of discharge _____

f.     Did you ever serve on a court martial? _____

g.     Did you ever serve in combat? _____

46.     Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial?

_____ Yes     _____ No

If yes, please explain your involvement._____

_____

_____

### VIII. LAW ENFORCEMENT OR LEGAL CONTACTS

47.     Have you, any member of your family, or any close personal friend had any experiences with any law enforcement agency or the government that might cause you to <u>favor or disfavor</u> the government or law enforcement?  If yes, please explain.

_____ Yes     _____ No

_____

_____

Have you ever filed a complaint against or formally communicated your support of a police officer or anyone in law enforcement?  If yes, please explain.

_____ Yes     _____ No

_____

_____

48.     Overall, what are your views concerning law enforcement agencies?

_____

_____

49.  Have you, any members of your family, or any close personal friends brought any claims or lawsuits against any federal, state, or local government employee or agency?  If yes, please explain. _____ Yes _____ No

_____

_____

50.  Has any federal, state, or local official or agency brought any claims or lawsuits against you, any members of your family, or any close personal friends?  If yes, please explain.

_____ Yes _____ No

_____

_____

51.  Do you know any lawyers, prosecutors, defense attorneys, or judges?

_____Yes _____No

If yes, who?

_____

_____

52.  Have you, a member of your family or a close friend ever had a good or unpleasant experience with a lawyer (civil lawyer, prosecutor, criminal defense attorney or other members of the bar)?  If yes, please explain.

_____ Yes _____ No

_____

_____

53.     Would you, as a juror, give  law enforcement officers (FBI, MPD, DEA agents *etc.)*
        testifying as witnesses in a case more credibility, less credibility, or the same credibility
        as anyone else's testimony?


        _____ More credibility

        _____ Less credibility

        _____ Same credibility


        Please explain._____

        _____

        _____


54.     Have you, any members of your family, or any close friends ever:

|  |  | Self | Family Member | Close Friend |
|---|---|---|---|---|
| (a) | Been accused of a crime? | _____ | _____ | _____ |
| (b) | Been arrested and/or convicted of a crime? | _____ | _____ | _____ |
| (c) | Been a victim of crime? | _____ | _____ | _____ |
| (d) | Been a witness to crime? | _____ | _____ | _____ |
| (e) | Testified in court or before a grand jury as a witness to a crime? | _____ | _____ | _____ |
| (f) | Had to appear in court for any reason? | _____ | _____ | _____ |


55.     Do you believe that you, any member of your family, or any close personal friend was
        ever falsely accused of a crime?  If yes, please explain.

        _____ Yes     _____ No

        _____

        _____

## IX. DRUGS AND DRUG USE

56.     Have you, your spouse/partner, any other family member or close personal friend, ever been an inpatient, out-patient or received any other type of counseling or treatment from any type of drug or alcohol rehabilitation program, including Alcoholic Anonymous, Narcotic Anonymous, etc.? _____ Yes _____ No

If yes, please explain:
_____

57.     In your opinion how serious a problem is the sale and use of illegal drugs (particularly PCP) in the District of Columbia? Would you say very serious, somewhat serious, or not serious at all?

(Check one):

___ Very serious

___ Somewhat serious

___ Not at all serious

58.     How serious a problem is the sale and use of illegal drugs in your neighborhood? Would you say very serious, somewhat serious, or not serious at all? (Check one):

___ Very serious

___ Somewhat serious

___ Not at all serious

59.     Do you have any opinion as to whether certain drugs that are now illegal should be legalized? Yes _____ No _____ If yes, please explain.

_____
_____

## X. JURY SERVICE AND THE LAW

60.    Have you ever served on a jury?    _____Yes    _____No

If yes, please answer the following questions:

a.    If you have been a juror in the past, please provide the following information.

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached (Yes or No) |
|------|-------------------|-------------------------|------------------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

b.    Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice system?    _____ Yes    _____ No

Please explain: _____

_____

c.    Did the judge or an attorney or anyone else comment on your verdict?

_____ Yes    _____ No

61.    Is there is anything about your previous experience as a juror that would make you want to serve or not serve on a jury again?    _____ Yes    _____ No

Please explain:_____

_____

62.    Are you acquainted with any other prospective juror in this case?

       If so, please indicate who. (By juror number)

       _____

63.    Have you ever served as a jury foreperson?    _____Yes    _____No

       If yes, how many times?    _____

64.    Have you ever served on a grand jury?    _____ Yes    _____ No

       If yes, please state when, where and for how long you served on a grand jury:

       _____

       _____

## XI. PUBLICITY AND DISCUSSION

65.    If you sit as a juror in this case, the judge will instruct you to avoid exposure to any media
       coverage or discussion about the case other than the evidence and argument that your hear
       in court.  Would you find it difficult to obey such an instruction?

       _____ Yes    _____ No    _____ Maybe

66.    Since you arrived at the courthouse, have you heard anything about this case, other than
       what has been told to you by the Court and stated in this questionnaire?

       _____ Yes    _____ No    _____ Maybe

xvii

67.     Based on what you have read or heard so far, do you hold the opinion that some or all of
        these defendants are:

        (   )    Definitely Guilty.

        (   )    Probably Guilty.

        (   )    Definitely Not Guilty.

        (   )    Probably Not Guilty.

        (   )    Unsure.

## XII.  ALLEGATIONS and TRIAL PROCEDURE

68.     This case involves alleged violations of conspiracy, narcotics, and related offenses.  Is
        there anything about the nature of these charges, or the number of charges that make you
        feel it would be difficult for you to be an impartial and fair juror?

        _____ Yes       _____ No       _____ Not Sure

        Please explain:_____

        _____

        _____

69.     What is your opinion of the Government's use of undercover informants to investigate

        illegal drug distribution in and around the District of Columbia?     (Circle one answer)

        Strongly Approve      Approve       Disapprove      Strongly Disapprove   No Opinion

70.    What is your opinion of the Government's use of electronic surveillance such as telephone "wiretaps", and body bugs to record the conversations of people alleged to be involved in illegal drug distribution in the District of Columbia?         (Circle one answer)

       Strongly Approve       Approve       Disapprove       Strongly Disapprove   No Opinion

71.    What is your opinion of the Government's practice of offering "plea bargains" ( the offer of reduced prison sentences) to defendants charged with crimes in exchange for their testimony in court against others charged with the same crimes?      (Circle one answer)

       Strongly Approve       Approve       Disapprove       Strongly Disapprove   No Opinion

72.    Do you have any opinions about the government's use of witnesses who allegedly participated in some of the crimes charged in this indictment and who have entered into plea agreements with the government in exchange for their cooperation?

       _____ Yes        _____ No        _____ Not Sure

       If yes, please explain: _____
       _____

73.    Some of the evidence in this case may be in the form of items seized during search warrants or testimony from undercover officers who investigated alleged criminal activity in an undercover capacity.  Do you have any personal feelings or opinions about these types of evidence or the investigative techniques used to obtain such evidence?

       _____ Yes        _____ No        _____ Not Sure

       If yes, please explain: _____
       _____

74.   During the course of this trial, you will hear testimony about a substantial amount of trafficking in narcotics.  Will the testimony about a substantial amount of narcotics affect your ability to sit as a fair and impartial juror in this case?

        _____ Yes        _____ No        _____ Not Sure


75.   The fundamental principles of our legal system provide that when a person is brought to court charged with a crime that person is presumed innocent unless and until the government presents evidence that convinces you of guilt beyond a reasonable doubt.  The government has the burden of proving the defendant guilty beyond a reasonable    doubt, and this burden of proof never shifts to the defendant.  Do you have any hesitancy in following these requirements?

        _____ Yes        _____ No        _____ Not Sure


76.   Neither the defendant nor his attorney has any responsibility to prove the defendant innocent.  Because the defendant is presumed innocent, he need not testify, nor offer any evidence.  Do you have any hesitancy in following these requirements?

        _____ Yes        _____ No        _____ Not Sure


77.   Although four defendants are being tried at one time, each defendant is entitled to be judged by the jury as if he were on trial alone.  You will be instructed that you must consider the evidence presented as to each defendant separately and render a separate verdict as to each defendant based only on the evidence presented relating to that defendant.  Would you have any difficulty in considering the evidence against each defendant separately, as if that defendant were on trial alone?

        _____ Yes        _____ No        _____ Not Sure


xx

## XIII.   SOCIOLOGICAL CONSIDERATIONS

78.    Have you had any experience, positive or negative, involving a person whose race, gender, nationality, or religion is different than yours which may affect your ability to be a fair and impartial juror in this case?

_____ Yes        _____ No        _____ Not Sure

If yes, please explain: _____

_____

## XV.  CONTACT WITH PARTIES AND WITNESSES

79.    The four defendants at trial are:

**TROY ANTOINE HOPKINS**

**LAWRENCE BRYANT**

**BERNIE HARGROVE**

**JOHN DOWN, III**

Do you know or have you had contact with any of the individuals named as a defendant?

If yes, please explain:_____

80.    In this case, the government will be represented by two (2) Assistant United States Attorneys.  Do you know or have you had contact with either of the individuals named below?  (If yes, please circle name.)

Assistant United States Attorney S. Elisa Poteat

Assistant United States Attorney Emory V. Cole

81.    The four defendants in this case are represented by individual lawyers who practice in the Washington, D.C. area.  Do you know or have you ever had any contact, whether social or professional, with any of the following attorneys? (If yes, please circle name.)

                Howard Kastoff, Esq.

                James Rudasill, Esq.

                Rudy Acree, Esq.

                Cary Clennon, Esq.

82.    Do you personally, or does any immediate family, or close friend, know or have any past or present connection (personal, business, or social) with Judge Reggie B. Walton?

                (    ) Yes            (    ) No

### XVI.  CONCLUSION

83.    Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?

        _____Yes    _____No _____ Maybe

        Please explain:

        _____
        _____
        _____

84.    Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

        _____Yes _____No _____ Maybe

xxii

Please explain:_____

_____

_____

_____

85.     Is there any matter you would prefer to discuss privately with the judge?

_____ Yes     _____ No

If yes, please explain:

_____

_____

_____

**SIGNATURE**

I, Juror No. _____, hereby declare under penalty of perjury that the answers set forth in this juror questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions in this jury questionnaire myself.

Executed in the District of Columbia, this _____ day of September, 2007.

Juror No. _____

PLEASE USE THESE PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE QUESTIONS.  **BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE ANSWERING:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**POSSIBLE WITNESSES**

The following is a list of people who may be witnesses in this case or may be discussed during trial.  Please review the list of names and circle any names that you recognize or know.

[to be compiled from witness lists supplied by the parties]

WHEREFORE, the government submits its proposed juror voir dire questionnaire.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
EMORY V. COLE
S. ELISA POTEAT
Assistant United States Attorney
555 4th Street, N.W., Room 4213
Washington, D.C. 20001
(202) 616-3388