UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Crim. No.: 06-227 (RBW) |
| BERNIE HARGROVE, | * | |
| | * | |
| Defendant, | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*

### MOTION TO ADOPT AND CONFORM TO CO-DEFENDANT LAWRENCE BRYANT'S PROPOSED FINAL JURY INSTRUCTION

The Defendant, Bernie Hargrove, by and through counsel, Rudolph Acree, Jr., moves this Court to allow him to adopt and conform Lawrence Bryant's Proposed Final Jury Instruction Motion filed on behalf of other co-defendants. In support of this motion, Mr. Hargrove states the following:

1. Asserts the grounds for relief that Mr. Hargrove has standing to raise.

2. Mr. Hargrove does not seek relief inconsistent with relief already sought in motions filed by the defendant.

3. Mr. Hargrove submits that the granting of this Motion will conserve judicial resources considerably by limiting the filing of similar motions by Mr. Hargrove.

4. Counsel had to unexpectedly leave the jurisdiction early Friday September 7, 2007 and did not return until early Tuesday September 11, 2007. After which, Counsel had a trial which started on Tuesday September 11, 2007 and did not end until Wednesday September 12, 2007.

2

**WHEREFORE**, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Hargrove's Motion to Adopt and Conform Defendant Lawrence Bryant's Proposed Jury Instruction filed the Court.

                                                Respectfully Submitted

                                                _____/s/_____
                                                Rudolph Acree, Jr. Esq.
                                                Counsel for Bernie Hargrove
                                                1211 Connecticut Avenue
                                                Suite 506
                                                Washington D.C. 20036
                                                202-331-1961

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13 day of September 2007, a copy of the foregoing Motion to Adopt and Conform with Defendant Lawrence Bryant's Motion for Proposed Final Jury Instruction was delivered via electronic case filing.

                                              /s/
                                    Rudolph Acree, Jr.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   * | |
| * | |
| v.   * | |
| *  **Crim. No.: 06-227 (RBW)** | |
| **BERNIE HARGROVE,**   * | |
| * | |
| Defendant,   * | |
| * | |

\*       \*       \*       \*       \*       \*

## ORDER

UPON CONSIDERATION of the Motion filed with the Court:

**IT IS HEREBY ORDERED,** that the Defendant's Motion to Adopt and Conform Co-Defendant Lawrence Bryant's Motion for Proposed Final Jury Instruction; it is hereby granted this _____ day of _____ 2007.

_____
                                                                                                 Judge