UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim No.:  06-227 (RBW) |
| | * | |
| BERNIE HARGROVE, | * | |
| | * | |

## MOTION FOR DEFENDANT TO RECEIVE A HAIRCUT AND SHAVE

**COMES NOW,** Bernie Hargrove, through undersigned counsel, respectfully request that this Honorable Court grant an order for Mr. Hargrove to receive a regular haircut and shave as needed for his trial.

As grounds for this Motion, Mr. Hargrove states the following:

1. Mr. Hargrove has a trial that is set to begin on Tuesday October 2, 2007.

2. The government has predicted that the trial will last between six (6) to eight (8) weeks.

3. Out of respect for these proceedings and because Mr. Hargrove is incarcerated and unable to provide these services for himself, Mr. Hargrove would like to receive a haircut and a shave on a regular basis as needed for the remaining duration of the trial.

**WHEREFORE,** for these reasons, Bernie Hargrove respectfully requests that this Court grant this motion for a haircut and shave.

Respectfully Submitted,

_____/s/_____
Rudolph Acree, Jr.
Attorney for Bernie Hargrove
1211 Connecticut Ave, NW
Suite 506
(202) 331-1961 (ph.)
(202) 331-7004 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v. * | |
| * | Crim. No.: 06-227 (RBW) |
| BERNIE HARGROVE, * | |
| * | |

**ORDER**

This Honorable Court **FORTHWITH ORDERS** that the District of Columbia, Department of Corrections, **IMMEDIATELY** provide to inmate Bernie Hargrove, the necessary services to obtain a haircut and shave on a regular basis for the remaining duration of this trial, beginning on October 2, 2007.

_____                                     _____
Date                                          The Honorable Judge Walton