UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *
                *
v.               *
                *   Crim. No.: 06-227 (RBW) -12
BERNIE HARGROVE,      *
                *

FILED
OCT 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This Honorable Court **FORTHWITH ORDERS** that the District of Columbia, Department of Corrections, **IMMEDIATELY** provide to inmate Bernie Hargrove, the necessary services to obtain a haircut and shave on a regular basis for the remaining duration of this trial, beginning on October 2, 2007.

October 1, 2007
Date

The Honorable Judge Walton