**FILED**
**OCT 3 1 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 06 227 (RBW) |
| | : | |
| BERNIE HARGROVE | : | |
| | : | |

## ORDER

**TO THE WARDEN OF THE CENTRAL DETENTION FACILITY (D.C. JAIL):**

The Defendant in this case (Bernie Hargrove, DCDC # 311-284) is currently in trial before this Court.

It has been brought to the Court's attention that the Defendant, Bernie Hargrove, has a dental issue, which requires medical attention.

This Honorable Court **FORTHWITH ORDERS** that the District of Columbia, Department of Corrections, provide inmate Bernie Hargrove, the necessary dental care to correct his current condition on the morning of Friday November 2, 2007 because he is schedule for court on Friday afternoon.

10/31/07
Date

The Honorable Judge Walton