UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      vs.                      Criminal Action No. 06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

**FILED**

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**JURY NOTES**

| We would like to listen to the following calls: |
| 2482, 2484, 2563, 3186, 3568, |
| 3993, 4391, 4553, 4554, 4610, |
| 4795, 4892, 5288, 5679, 5963 |
| 5279, 5344, 5127, 5109, 6367 |

11/15/07
Date

12:03 pm
Time

_____
Foreperson