```
                                              FILED
    UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLUMBIA             NOV 27 2007
```

UNITED STATES OF AMERICA                NANCY MAYER WHITTINGTON, CLERK
                                             U.S. DISTRICT COURT

vs.                              Criminal Action No. 06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

## JURY NOTES

Is it legally possible to find someone guilty of possession and distribution without also finding that same person guilty of conspiracy?

_____
Foreperson

11/27/07
Date

10:00 a.m.
Time

## ***NOTE TO JURY***

I have reviewed your question as to whether it is legally possible to find someone guilty of distribution and possession with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP) without also finding that same person guilty of conspiracy. The answer is "yes": you can find someone guilty of distribution and possession with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP) without also finding that same person guilty of conspiracy.

_____
Reggie B. Walton,
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.  Criminal Action No. 06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

## JURY NOTES

> Is it possible to deliver some verdicts and be hung on other charges?

_____
Foreperson

11/27/07
Date

11 20 a.m.
Time

## \*\*\*NOTE TO JURY\*\*\*

I have reviewed your question as to whether it is possible to deliver some verdicts and be hung on other charges. The answer is "yes": you <u>can</u> deliver some verdicts and be hung on other charges.

*/s/ Reggie B. Walton*
Reggie B. Walton,
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                           Criminal Action No.  06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

## JURY NOTES

We are prepared to deliver 3 unanimous verdicts. For the remaining 3 we have people on both sides who are not prepared to change their minds. At this point, do we deliver these verdicts and remain hung on the others? If not, what suggestions could you offer us and/or what is the process from here?

_____
Foreperson

11/27/07
Date

2:45 p.m.
Time

## ***NOTE TO JURY***

I have reviewed your latest note, in which you ask whether you may deliver those verdicts for which there is unanimous agreement even though there is disagreement as to other possible verdicts. You may deliver those verdicts for which there is unanimous agreement. When you deliver those verdicts, I will address you further regarding those potential verdicts for which there is not unanimous agreement.

*Reggie B. Walton*
Reggie B. Walton,
United States District Judge