UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. : Criminal No.: 06-227-12 (RBW)
:
BERNIE HARGROVE :

## VERDICT FORM

(1).   As to the charge of conspiracy to distribute and possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP), we the jury find the defendant:

Not Guilty __X__ Guilty _____

(2).   As to the charge of possession with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP), we the jury find the defendant:

Hung Jury   Not Guilty _____ Guilty _____ (Mistrial) Declared

(3).    As to the charge of distribution of one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP), we the jury find the defendant:

*Hung Jury* Not Guilty _____    Guilty _____ (Mistrial) Declared

_____
Foreperson

*11/27/07*
Date

If you agree with the verdict as indicated by your foreperson, please sign your name below: