FILED

DEC 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NOS. 06-227 - 06 |
| | : | 06-227 - 12 |
| | : | |
| | : | Judge Reggie B. Walton |
| v. | : | |
| | : | |
| LAWRENCE BRYANT, | : | |
| BERNIE HARGROVE, | : | |
| Defendants. | : | |

## ORDER

Based on the government's request and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby GRANTS the government's requests for leave to dismiss the above-captioned cases.

APPROVED AND GRANTED THIS 13th DAY OF December, 2007.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE